**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **CHANEL, INC., a New York Corporation,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MODE SALON, INC., a California Corporation, SHARON HUYNH-NA VU a/k/a SHARON HUYNH-NGA VU a/k/a SHARON NGA T. VU a/k/a HUYNH NGA VU a/k/a HUYNH NGA T. VU a/k/a SHARON N. VU, an individual, individually and jointly, d/b/a SPA BY MODE and DOES 1 through 10,**<br><br>**Defendants.** | **Case No.: SACV 12-01533-CJC(JPRx)**<br><br>**PERMANENT INJUNCTION** |

This matter came before the Court on Plaintiff Chanel, Inc.'s ("Chanel") Motion for Entry of Final Default Judgment against Defendants Mode Salon, Inc., Sharon Huynh-Na Vu a/k/a Sharon Huynh-Nga Vu a/k/a Sharon Nga T. Vu a/k/a Huynh Nga Vu

a/k/a Huynh Nga T. Vu a/k/a Sharon N. Vu, individually and jointly d/b/a Spa by Mode ("Defendants"). On June 10, 2013, the Court, being fully advised, issued an Order granting Chanel's motion and finding that Chanel is entitled to injunctive relief against Defendants.

IT IS HEREBY ORDERED that Defendants and their officers, agents, servants, employees and attorneys, and all persons acting in concert or participating with Defendants, are hereby permanently restrained and enjoined from:

(1) manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using Chanel's trademarks identified in Schedule A attached hereto (the "Chanel Marks");

(2) using the Chanel Marks in connection with the sale of any unauthorized goods;

(3) using any logo and/or layout which may be calculated to falsely advertise the services or products of Defendants offered for sale via the Defendants' business "Spa by Mode" or "Mode Salon" (the "Defendants' Businesses") and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel;

(4) falsely representing themselves as being connected with Chanel, through sponsorship or association;

(5) engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants offered for sale or sold via the Defendants' Businesses and/or any other website or business are in any way endorsed by, approved by, and/or associated with Chanel;

(6) using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any

goods sold by Defendants via the Defendants' Businesses and/or any other website or business, including, without limitation, costume jewelry, including earrings, necklaces, and rings, and/or handbags;

(7) affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants via the Defendants' Businesses and/or any other website or business, as being those of Chanel or in any way endorsed by Chanel;

(8) effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

This injunctive order is effective immediately.

DATED: June 10, 2013

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

# SCHEDULE A

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 0,902,190 | November 10, 1970 | IC 014 – Bracelets, Pins, and Earrings |
| | 1,314,511 | January 15, 1985 | IC 018 - Leather Goods-Namely, Handbags |
| | 1,501,898 | August 30, 1988 | IC 014 – Costume Jewelry |
| | 1,734,822 | November 24, 1992 | IC 018 - Leather Goods; namely, Handbags, Wallets, Travel Bags, Luggage, Business Card Cases, Change Purses, Tote Bags, and Cosmetic Bags Sold Empty |
| | 3,025,934 | December 13, 2005 | IC 018 – Handbags |
| CHANEL | 3,133,139 | August 22, 2006 | IC 014 - Jewelry and Watches |